CR19-369

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____

Related to No. _____    Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. __X__ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:    Lafon Ellis

Is indictment waived:    ____ Yes    __X__ No

Pretrial Diversion:    ____ Yes    __X__ No

Juvenile proceeding:    ____ Yes    __X__ No

Defendant is:    __X__ Male    ____ Female

Superseding indictment or information    ____ Yes    __X__ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | _X_ is in custody | ____ is not in custody |
| Name of Institution: | Allegheny County Jail | |
| Custody is on: | ____ this charge | _X_ another charge |
| | ____ another conviction | |
| | _X_ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Lafon Ellis | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition by a Convicted Felon | X |
| | | Forfeiture Allegation | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: **DEC 1 0 2019**

/s/ Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726