IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-369 |
| | ) | *UNDER SEAL* |
| | ) | *EX PARTE* |
| LAFON ELLIS | ) | |

**REQUEST FOR ISSUANCE OF SUBPOENAS DUCES TECUM
PURSUANT TO RULE 17(b) ad 17(c) OF THE
FEDERAL RULES OF CRIMINAL PROCEDURE**

AND NOW comes the Defendant, Lafon Ellis, by his attorney, Khasha Attaran, Assistant Federal Public Defender, and respectfully asks this Honorable Court to issue a subpoena Duces Tecum pursuant to Federal Rules of Criminal Procedure 17(b) and 17(c) and requests an order permitting an authorized representative of the Federal Public Defender to issue and serve the subpoena on the person listed in the attached schedule. The subpoena requires the person to produce records to the Defendant's attorney, Khasha Attaran, within two weeks of the request at the Federal Public Defender's Office located at 1001 Liberty Ave., Suite 1500, Pittsburgh, PA 15222;

IT IS FURTHER REQUESTED that the within Order, schedule and subpoena be sealed and that only an authorized representative of the Federal Public Defender's Office be permitted to view and utilize the within Order, schedule and subpoena;

IT IS FURTHER REQUESTED that because Mr. Ellis has been found to be indigent by the court and lacks income to pay the costs of service of the subpoenas or the cost of travel for witness, that costs be borne by the government.

DATED: April 17, 2020

Respectfully submitted,

/s/ Khasha Attaran
Khasha Attaran
Assistant Federal Public Defender