IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  19-369 |
| | ) | **\*UNDER SEAL\*** |
| | ) | **\*EX PARTE\*** |
| LAFON ELLIS | ) | |

## ORDER OF COURT

AND NOW, this _____ day of April, 2020, upon consideration of the foregoing Request for Issuance of Subpoenas Duces Tecum Pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED that the requested subpoena shall be issued and served by an authorized representative of the Federal Public Defender Office, directing the persons listed in the schedule to produce the requested records to the Defendant's attorney, Khasha Attaran, at the Federal Public Defender's Office located at 1001 Liberty Ave., Suite 1500, Pittsburgh, PA 15222; and by the requested date listed on the schedule.

IT IS FURTHER ORDERED that the within Order, schedule, and subpoena be sealed and that only an authorized representative of the Federal Public Defender be permitted to view and utilize the within Order, schedule, and subpoena.

## SUBPOENA SCHEDULE

**Pittsburgh Bureau of Police**
**Central Records and Reports Unit**
**Records Unit**
**660 First Avenue, 3rd Floor**
**Pittsburgh, PA 15219**

Must provide the following to Khasha Attaran, Federal Public Defender's Office 1001 Liberty Ave., Suite 1500, Pittsburgh, PA 15222 within two weeks of receipt of the subpoena schedule.

1) On the CAD sheet for Police Event #P180796245 disclosure of the officer's names associated with the following numbers is requested:
   a. C3262
   b. C3323
   c. C3329

2) All videos, including dash cam video footage taken by police in reference to Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

3) All reports in connection with Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

4) All photos taken by police in connection with Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

5) Information, reports, notes, emails, in reference to Lafon Devon Ellis being a possible homicide suspect.

6) Information, reports, notes, emails, in reference to why CAD sheet for Police Event #P180796245 reports states that Pennsylvania Plate: KRM8187 was being driven by a possible homicide suspect.

7) Information, reports, emails, notes, in reference to Lafon Devon Ellis and the murder of Jimmy Wopo.

8) All email exchanges between Assistant United States Attorney Brendan Conway and any police officer regarding Lafon Devon Ellis.

9) List of all police vehicles, marked and unmarked, and whether they were equipped with dash cam video capability on scene on 08/21/2018 in connection with Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

10) Information about the K9 named Dodo handled by Officer Griffin used in reference to Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6 on 08/21/2018. Including: Canine's success rate? What training did the canine have to be able to follow a scent of a specific person? Method of training? Type of alert used? Proof of canine certification. Verification hander had been trained to handle a canine that detects a scent of a particular individual. Proof of canine maintained certification requirements on a regular basis

11) Internal affairs file of Officer Santino Mammarelli.

12) All reports by Officer Santino Mammarelli in connection with Lafon Devon Ellis at any time, to be clear not in connection with Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

13) All information in connection with Lafon Devon Ellis and TrueAllele or Cybergenetics.

14) All email correspondence to members of Cybergenetics in connection with Lafon Devon Ellis.

15) All emails discussing Lafon Devon Ellis, Cybergenetics, or TrueAllele.

COSTS TO BE BORNE BY THE GOVERNMENT.

_____
Donetta W. Ambrose
United States Senior District Judge