IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-369 |
| ) | **\*UNDER SEAL\*** |
| ) | **\*EX PARTE\*** |
| LAFON ELLIS ) | |

### ORDER OF COURT

AND NOW, this 21st day of April, 2020, upon consideration of the foregoing Request for Issuance of Subpoenas Duces Tecum Pursuant to Rule 17(b) and 17(c) of the Federal Rules of Criminal Procedure, it is hereby ORDERED, ADJUDGED, AND DECREED that the requested subpoena shall be issued and served by an authorized representative of the Federal Public Defender Office, directing the persons listed in the schedule to produce the requested records to the Defendant's attorney, Khasha Attaran, at the Federal Public Defender's Office located at 1001 Liberty Ave., Suite 1500, Pittsburgh, PA 15222; and by the requested date listed on the schedule.

IT IS FURTHER ORDERED that the within Order, schedule, and subpoena be sealed and that only an authorized representative of the Federal Public Defender be permitted to view and utilize the within Order, schedule, and subpoena.

# SUBPOENA SCHEDULE

**Allegheny County District Attorney's Office**
**Room 303, Courthouse**
**436 Grant Street**
**Pittsburgh, PA 15219**

Must provide the following to Khasha Attaran, Federal Public Defender's Office 1001 Liberty Ave., Suite 1500, Pittsburgh, PA 15222 within two weeks of receipt of the subpoena request.

1) Entire prosecution case file in reference to Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6. Including all discovery, evidence, and case notes maintained by the prosecution team of the Allegheny County District Attorney's Office in connection with the case.

2) All email exchanges between members of the Allegheny County District Attorney's Office and Assistant United States Attorney, Brendan Conway in reference to Lafon Devon Ellis.

3) All information in connection with Lafon Devon Ellis, TrueAllele or Cybergenetics.

4) All emails in reference to Lafon Devon Ellis, discussing Cybergenetics, or TrueAllele.

5) Email exchanges between members of the Allegheny County District Attorney's Office and Cybergenetics in reference to Commonwealth of Pennsylvania v. Lafon Devon Ellis, OTN NO. G816773-6.

6) Information, reports, emails, notes, in reference to Lafon Devon Ellis and the murder of Jimmy Wopo.

7) Any non-disclosure agreement between the Allegheny County District Attorney's Office and Cybergenetics in connection with the use of TrueAllele.

COSTS TO BE BORNE BY THE GOVERNMENT.

_____
Donetta W. Ambrose
United States Senior District Judge