IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-369 |
| LAFON ELLIS | |

**O R D E R**

AND NOW on this _____ day of June 2020, upon consideration of the government's Motion to Quash Subpoena to Cybergenetics, it is hereby ORDERED that said motion is GRANTED and that the subpoena issued by defense counsel is QUASHED.  It is FURTHER ORDERED that the Clerk of Courts shall unseal ECF Nos. 29-36.

_____
Donetta Ambrose
U.S. District Court Judge