IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-369 |
| | ) | |
| LAFON ELLIS | ) | |

### SUPPLEMENT TO [ECF 71] RESPONSE TO MOTION TO QUASH SUBPOENA

AND NOW, comes the Defendant, Lafon Ellis, by his attorney, Assistant Federal Public Defender Khasha Attaran, and respectfully files the following supplement to his Response to Motion to Quash Subpoena.

1. On July 17, 2020, Mr. Ellis filed his Response to the Motion to Quash Subpoena. *See* Doc. No. 71.

2. On July 24, 2020, Hannah Zhao of the Electronic Frontier Foundation and the American Civil Liberties Union (ACLU), filed a Motion to File Amicus Brief on behalf of Mr. Ellis, and included with that Motion was her Amicus Brief, which was later granted by this Court on July 27, 2020. *See* Doc. Nos. 78, 78-1 and 80.

3. Undersigned counsel now incorporates all arguments made in the Amicus Brief in Doc. Nos. 78, 78-1 as his own and pleads this Court to

consider them in disposition of his Response to the Motion to Quash Subpoena at Doc. No. 71.

                                            Respectfully submitted,

                                            /s/ Khasha Attaran
                                            Khasha Attaran
                                            Assistant Federal Public Defender