```
22:41:49  CLEAR                          C3390
22:44:05  *CLEAR  PP041473/019PGH        C3KE9
22:44:26  CLEAR   403340/605             C3621
22:44:56  CLEAR                          C3KD1
22:45:06  CLEAR                          C3KE6
22:55:17  SCDOFF                         C3623
22:55:17  SCDOFF                         C3660
22:55:17  SCDOFF                         C3661
22:55:17  SCDOFF                         C3662
22:55:17  SCDOFF                         C3685
22:55:17  SCDOFF                         C3KD7
22:57:31  CLEAR   403328/604             C3KD7
23:01:23  CLEAR   403340/605             C3685
23:01:28  CLEAR                          C3623 C3660 C3661 C3662
23:03:43  *CLEAR  PP044347/PGH462        C3622
23:22:46  OK      403340/605             C3252 C3290 C350 C3620 C3673
23:43:01  CLEAR                          C350
23:59:45  SCDOFF                         C3620
[08/22/2018]
00:02:09  CLEAR                          C3620
00:02:20  SCDOFF                         C3673
00:45:02  SCDOFF                         C3252
00:45:02  SCDOFF                         C3290
00:45:05  CLEAR                          C3673
00:45:20  CLEAR                          C3252 C3290
00:45:20  -CLEAR
00:45:20  CLOSE
```

EXHIBIT A

```
21:44:12  LOGM                       C3660 Message:011808220144003626 MessageType:XML
                                     Received:08/21/2018 21:44:06 Comment:LOGM
21:45:04  MISC                       Comment:WEST PD 1 NOW PATCHED WITH PGH OPS
21:48:05  MISC                       Comment:TROOPER 5 ETA 1 HOUR TO 1 HOUR AND 20 MIN. PER UNIT 350
                                     WITH THE CONDITIONS OF THE SEARCH, TROOPER 5 CAN CANCEL
21:48:25  CLEAR    403237/401        W1113 W1115
21:50:06  MISC     403505/103        Comment:PER 3290 POSS PLATE ON THE TOYT CAMERY THAT WOULD PICK THE
                                     SUSPECT UP WOULD BE PA REG KNE8534
21:53:04  CLEAR                      C3C87
21:54:20  MISC                       Comment:K9 OFFICER REPORTING THEY TERMINATED THE TRACK FOR NOW
22:01:53  XREF     403059/406        Service:P Event:#P180796304 Type:AUTRP Agency:BWB
22:06:01  *INV     PP042982/PGH044   C3329 InvType:INVV Priority:1 Plate:KRM8187 Category:V
                                     Comment:FROM MDT RP
22:06:01  *RFT                       C3329 Comment:INQUIRY CADQ,.............,KRM8187,.........
22:06:13  *INV                       C3329 InvType:INVV Priority:1 Plate:KRM8187 Category:V
                                     Comment:FROM MDT RP
22:06:14  *RFT                       C3329 Comment:INQUIRY CADQ,.............,KRM8187,.........
22:08:15  CLEAR    403237/401        W1118
22:12:35  OK       403140/601        C3KD7 C3KE9
22:14:38  MISC     403505/103        C3322 Comment:BEGINNING TO RUN THE K9 IN THE PARK AREA
22:16:08  *CLEAR   PP037151/PGH544   C3KE7
22:20:52  MISC     403752/103        C350 Comment:NEG ON K9 TRACK
22:20:57  *INV     PP042982/PGH044   C3329 InvType:INVV Priority:1 Plate:JSW0901 Category:V
                                     Comment:FROM MDT RP
22:20:57  *RFT                       C3329 Comment:INQUIRY CADQ,.............,JSW0901,.........
22:28:14  INV      403752/103        C350 InvType:INVP Priority:1 Name:ELLIS,LAFON Sex:M DOB:08/24/1994
                                     Age:23 Category:P Comment:FROM CAD
22:28:14  RFT                        C350 Comment:INQUIRY DQ,LAFON,PA,.,..,ELLIS,,1994,08,24,M,
22:29:17  MISCA                      C350 Comment:DETAIL SECURE - SWITCHING BACK TO CHANNELS
22:30:18  CLEAR    403376/408        W3101 W3105 W3115
22:31:20  *CLEAR   PP300604/PGH396   C3627
22:32:55  CHANGE   403752/103        DArea:CPT1-->CPD6
22:35:47  CLEAR    403340/605        C3311
22:35:58  *CLEAR   PP043782/PGH032   C3324
22:36:03  CLEAR    403340/605        C3327
22:36:07  CLEAR                      C3320
22:36:31  CLEAR                      C3690
22:36:44  *CHANGE  PP041281/PGH224   C3323 Dispo:PAST
22:36:47  CLEAR    403340/605        C3380
22:36:48  *CLEAR   PP041281/PGH224   C3323
22:37:01  *CLEAR   PP042982/PGH044   C3329
22:37:14  CLEAR    403340/605        C3322
22:37:22  CLEAR                      C3325
22:37:36  CLEAR                      C3326
22:37:43  *CLEAR   PP040613/PGH603   C3310A
22:38:00  CLEAR    403340/605        C3312
22:39:13  CLEAR                      C3625R
```

# EXHIBIT A

| Time | Code | | Details |
|---|---|---|---|
| 21:23:50 | ONSCN | | C3312 C3320 C3324 C3325 C3326 C3310A |
| 21:23:56 | BACKUP | | C3623 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP034792 OperNames:OFC PISANI, DAVID |
| 21:23:56 | BACKUP | | C3620 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP018270 OperNames:OFC COPELAND, ROOSEVELT |
| 21:23:56 | BACKUP | | C3622 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044347 OperNames:OFC NATH, CHRISTOPHER |
| 21:23:56 | BACKUP | | C3660 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:23:56 | BACKUP | | C3661 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044391 PP045001 OperNames:OFC KANIA, JOSEPH; OFC THOMAS, DAMIAN |
| 21:23:56 | BACKUP | | C3662 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:23:56 | BACKUP | | C3673 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP034796 OperNames:OFC MARES, MICHAEL |
| 21:24:20 | ONSCN | | C3620 C3622 C3623 C3660 C3661 C3662 C3673 |
| 21:24:31 | BACKUP | | C3322 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP042932 OperNames:OFC HOLZ, MAXFIELD |
| 21:24:31 | BACKUP | | C3311 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP044949 PP043776 OperNames:OFC BEATTY, ZACHARY; OFC DILIMONE, RICHARD |
| 21:24:31 | BACKUP | | C3327 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP043802 OperNames:OFC BLISS, SHAWN |
| 21:24:36 | ENRTE | | C3311 C3322 C3327 |
| 21:24:40 | ONSCN | | C3311 C3322 C3327 |
| 21:24:43 | MISC | 403068/102 | Comment:PSP WATCH DESK WILL HAVE TROOPER 5 CALL US BY PHONE TO SEE ABOUT COMING OUT. |
| 21:25:22 | MISC | 403328/605 | C350 Comment:STAGING AREA PARKWAY CENTER BUILDING 3 |
| 21:26:22 | CHGLOS | | C350 Location:PARKWAY CENTER BLDG 3, GTR Comment:STAGING AREA |
| 21:27:36 | MISC | | C350 Comment:PER C3290 VEH WAS JUST REPORTED STOLEN BY BWB..ENROUTE TO TAKE A REPORT |
| 21:27:58 | BACKOS | | C3290 UnitID:C3690 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:28:47 | MISC | | C3262 Comment:BLU TOYOTA CAMRY POSS COMING TO GET THE ACTOR |
| 21:29:01 | XPRMPT | | C3262 |
| 21:29:01 | XDISP | | C3252 |
| 21:29:01 | -PRIU | | C3252 |
| 21:29:49 | CHGLOS | | C350 Location:PARKWAY CENTER BLDG 4, GTR Comment:UPDATED STAGING |
| 21:31:02 | MISC | | C350 Comment:REQ ICS CHANNEL FOR THIS |
| 21:32:18 | MISC | | C350 Comment:REQ OPERATOR ON ICS |
| 21:36:43 | CHANGE | 403505/103 | DArea:CPD6-->CPT1 |
| 21:40:44 | MISC | | Comment:***K9 BEGINNING A TRACK NOW*** |
| 21:41:22 | MISC | | Comment:3224 REQUESTING MORE UNITS TO LINE THE ROADWAY AT MCKINNY -- MULTIPLE UNITS HEADED DOWN THERE -- 3224 TO KEEP COMMAND ADIVSED OF PROGRESS THERE |
| 21:44:01 | MISC | | C3660 Plate:KNE8435 Comment:PA ***TOYT CAM PULLING INTO THE QUEST** |
| 21:44:01 | RFT | | C3660 Comment:INQUIRY CADQ,.............,KNE8435,......... |

EXHIBIT A

| Time | Type | Unit | Details |
|---|---|---|---|
| 21:07:17 | MISC | | C3KE7 Comment:CORRECT TOOK OFF GRAY HOODIE...DARK TOP AND JEANS |
| 21:07:55 | BACKUP | 403125/606 | C3KE6 UnitID:C3KD1 Location:626 SPRINGFIELD ST, PGH Operator:PPK90019 PP031024 OperNames:K9: BENY; OFC LERZA, PHILIP |
| 21:07:56 | ONSCN | 403328/605 | C350 |
| 21:07:58 | ENRTE | | C3KE6 |
| 21:08:19 | MISC | | C3262 Comment:CLEARING THE PARKING GARAGE WHERE THE HOODIE WAS FOUND |
| 21:09:20 | CSRESP | | Message:011808220109002558 MessageType:Text Received:08/21/2018 21:09:20 Comment:RequestResponse |
| 21:09:44 | ONSCN | | C3KD1 C3KD7 C3KE6 C3KE9 |
| 21:10:50 | MISC | | C3262 Comment:THE GARAGE IS IN THE REAR OF CITY VISTA |
| 21:12:15 | MISC | | C350 Comment:POSS HEADED TOWARD PARKWAY CENTER..STARTING ANOTHER TRACK AND CHK THE REST OF THE GARAGE |
| 21:12:42 | MISC | | C350 Comment:DRK BLK MALE JEAN DRK SHIRT SMALL AFRO SLENDER BUILD |
| 21:13:37 | INV | 403505/408 | W3101 InvType:INVP Priority:1 OLN:31189694 Category:P Comment:FROM CAD |
| 21:13:37 | RFT | | W3101 Comment:INQUIRY DQ,,PA,,,,,,,,,,,31189694 |
| 21:13:58 | ONSCN | 403328/605 | C3625R |
| 21:14:05 | LOGM | 403505/408 | W3101 Message:011808220114002687 MessageType:XML Received:08/21/2018 21:13:47 Comment:RAN MALE OPEN, RETURNED RESULTS |
| 21:14:11 | CHGLOS | 403328/605 | C3625R Location:CITY VISTA COMMUNITY BLDG, GTR Comment:NEED UNIT FOR CROWD CONTROL |
| 21:15:11 | MISC | | C350 Comment:8/24/1994 DOB FOR ACTOR |
| 21:16:19 | MISCA | | C350 Comment:GUN IN THE CAR |
| 21:17:04 | MISC | | C3262 Comment:NEED UNITS ON MCKINNEY |
| 21:17:24 | ONSCN | | C3627 C3685 |
| 21:17:36 | BACKUP | | C3621 UnitID:C3627 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043794 OperNames:OFC VOJTASH, JAMES |
| 21:19:42 | ONSCN | | C3621 |
| 21:21:16 | MISC | | C3262 Comment:CHK THE VEH IN CASE SOMEONE IS COMING TO GET HIM |
| 21:22:22 | MISC | | C3262 Comment:REQUESTING A CHOPPER |
| 21:22:31 | MISC | | C3262 Comment:PARKWAY CENTER FOR LANDING ZONE |
| 21:22:54 | ONSCN | | W1113 W1115 W1118 |
| 21:23:14 | MISC | | C3627 Comment:NEEDS A FOB NOT A CODE TO GET IN |
| 21:23:22 | BACKUP | | C3320 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043313 OperNames:OFC WEAVER, AUSTIN |
| 21:23:22 | BACKUP | | C3312 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044005 PP301544 OperNames:OFC GRIFFIN, RYAN; OFC HAWTHORNE, EDWARD |
| 21:23:22 | BACKUP | | C3310A UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP040613 OperNames:OFC SHAMPLE, ZACHARY |
| 21:23:22 | BACKUP | | C3324 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043782 OperNames:OFC GOBRECHT, LUCAS |
| 21:23:22 | BACKUP | | C3325 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP039189 OperNames:OFC RUSH, MARK |
| 21:23:22 | BACKUP | | C3326 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP042926 OperNames:OFC HINES, KALIEB |

# EXHIBIT A

| Time | Action | Code | Details |
|---|---|---|---|
| | | | PGH Operator:PP017583 OperNames:SGT DONNELLY, TERRANCE |
| 20:58:29 | ONSCN | | C3KE7 |
| 20:58:33 | MISC | 403505/408 | W3101 Comment:GREENTREE ADVISED TO GO TO HESTOR |
| 20:58:53 | CHGLOC | 403125/606 | C3KD1 Location:626 SPRINGFIELD ST, PGH |
| 20:59:02 | CHGLOS | 403328/605 | C3C87 Location:SPRINGFIELD ST/CREST WAY, PGH |
| 20:59:04 | CHGLOS | 403505/408 | W3105 W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH |
| 20:59:19 | BACKUP | 403328/605 | C3625R UnitID:C3627 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:59:31 | BACKUP | | C3685 UnitID:C3390 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP028932 OperNames:SGT ZETT, RICHARD |
| 21:00:06 | ENRTE | | C3685 C3625R |
| 21:00:07 | BACKER | 403505/408 | W1113 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:CF038083 OperNames:SGT SCATENA, FRANK A JR |
| 21:00:07 | BACKER | | W1115 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:CF035667 OperNames:OFC MOLLO, NICHOLAS |
| 21:00:07 | BACKER | | W1118 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:CF040287 OperNames:OFC WITHERS, JOSHUA |
| 21:00:51 | MISC | 403328/605 | C3390 Comment:RHODE ISLAN/SPRINGFIELD |
| 21:01:17 | CSREQ | 403125/606 | Message:011808220101002293 MessageType:Text Received:08/21/2018 21:01:17 Comment:RequestMessage |
| 21:01:23 | MISC | 403328/605 | C3262 Comment:KEEP THE AIR CLEAR! STARTING A TRACK WITH THE K9 |
| 21:02:00 | MISC | 403505/408 | W3101 Comment:PER W3101 UNABLE TO CONFIRM IF THE MALE HAD THE GUN, CHASING OFFICER BELIEVES HE HAS A GUN. UNABLE TO CONFIRM |
| 21:02:25 | CSRESP | 403113/604 | Message:011808220102002317 MessageType:Text Received:08/21/2018 21:02:25 Comment:RequestResponse |
| 21:02:43 | MISC | 403328/605 | C3262 Comment:MALE WAS SEEN GRIPPING HIS WAIST BAND/HE IS CODE 5 FOR HOMICIDE |
| 21:03:16 | MISC | | C3KE7 Comment:GOOD TRACK BEHIND THE CITY APTS |
| 21:03:20 | CSREQ | 403505/408 | Message:011808220103002329 MessageType:Text Received:08/21/2018 21:03:20 Comment:RequestMessage |
| 21:03:28 | MISC | 403328/605 | C3KE7 Comment:RUNNING PARELLEL WITH CREST IN THE WOODS |
| 21:05:19 | BACKER | 403113/604 | C3KD7 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PPK90027 PP040608 OperNames:K9: BANE; OFC RUMMEL, DUSTIN |
| 21:05:25 | CHANGE | 403328/605 | C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH-->SPRINGFIELD ST/ALBANY ST, PGH DArea:CPD3-->CPD6 RD:PP342-->PP622 Map:1915-->2016 LocDesc: <0/ 0>--> <600/ 299> Comment:STILL TRACKING IN THE WOODS |
| 21:05:30 | -NPREMS | | Comment:(NONE) |
| 21:05:54 | BACKUP | 403113/604 | C3909 UnitID:C3KD7 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:06:05 | MISCA | 403123/101 | C3KE7 Comment:CHANELS ARE PATCHED - PGH PD CH2 RUNNING POINT - DC IS NOTIFIED |
| 21:06:06 | MISC | 403328/605 | C3KE7 Comment:TRACKING TOWARD PARKWAY CENTER STILL A GOOD TRACK |
| 21:06:09 | PRMPT | 403113/604 | C3909 |
| 21:06:12 | BACKUP | | C3KE9 UnitID:C3KD7 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PPK90025 PP041473 OperNames:K9: MATSO; OFC FOLEY, KEVIN |
| 21:06:18 | ENRTE | 403328/605 | C3KE9 |

EXHIBIT A

| Time | Action | | Details |
|---|---|---|---|
| 20:50:32 | BACKUP | | C3329 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP042982 OperNames:OFC DUVA RICHARD |
| 20:50:41 | MISC | | C3323 Comment:AT WOODRUFF NOW TO LIGHT THEM UP |
| 20:50:46 | ENRTE | | C3329 |
| 20:51:12 | MISC | | C3262 Comment:STILL OUTBOUND NEAR STEAMFITTER NO PURSUING JUST FOLLOWING RIGHT NOW |
| 20:51:17 | CASE | | C3262 Case#:PGHP180161793 |
| 20:51:41 | ONSCN | | C3323 C3380 C3390 |
| 20:51:44 | ONSCN | | C3329 |
| 20:51:47 | ONSCN | | C3690 |
| 20:52:13 | MISC | | C3262 Comment:RT ON WOODVILLE OB LAFON ELLIS IS THE DRIVER |
| 20:52:44 | MISC | | C3262 Comment:LEFT UP THE HILL TOWARD GTR |
| 20:52:50 | MISC | | C3262 Comment:40MPH PAST KERNS |
| 20:53:18 | MISC | | C3262 Comment:OB UP GRELFT ON RIDGEMONT DFRTENTREE ROD |
| 20:53:22 | BACKUP | 403059/406 | W3100 Operator:GT000000 OperNames:GREEN TREE POLICE DESK |
| 20:53:24 | MISC | 403328/605 | C3262 Comment:LIGHT SPEED LIGHT TRAFFIC |
| 20:53:43 | MISC | | C3262 Comment:RIDGEMONT 40MPH RIGHT AT THE END OF ONTO SRINGFIELD |
| 20:53:58 | MISC | | C3262 Comment:LIGHT TRAF NY ALBANY TOP OF THE HILL NOW |
| 20:54:11 | BACKER | 403505/408 | W3101 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:GT024082 OperNames:LTN RANNIGAN, CHAD |
| 20:54:11 | BACKER | | W3105 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:54:11 | BACKER | | W3115 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:GT020844 OperNames:OFC KELLY, MICHAEL |
| 20:54:14 | MISC | 403328/605 | C3262 Comment:LFT ON RHODE ISLAND HE BAIL VEH WRECKED |
| 20:55:02 | MISC | | C3262 Comment:CRESTWAY ST IS THE LAST LOCATION... |
| 20:55:08 | BACKER | 403113/604 | C3627 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP300604 OperNames:OFC FROST, CRISTIAN |
| 20:55:14 | MISC | 403328/605 | C3262 Comment:BELOW CRESTWAY START A PERIMETER |
| 20:55:36 | MISC | | C3262 Comment:BM RED HOODIE LAFON ELLIS |
| 20:55:44 | PRMPT | 403505/408 | W3100 |
| 20:56:28 | CSREQ | 403328/605 | C3262 Message:011808220056002135 MessageType:Text Received:08/21/2018 20:56:28 Comment:RequestMessage |
| 20:56:38 | CSRESP | 403505/408 | Message:011808220056002142 MessageType:Text Received:08/21/2018 20:56:38 Comment:RequestResponse |
| 20:56:39 | MISCA | 403328/605 | C3262 Comment:HOLD SPRINGFIELD AND HAMBURG |
| 20:56:56 | CSRESP | 403505/408 | Message:011808220056002144 MessageType:Text Received:08/21/2018 20:56:56 Comment:RequestResponse |
| 20:57:10 | CHGLOS | 403328/605 | C3329 Location:626 SPRINGFIELD ST, PGH Comment:RESD STATED MALE RAN INTO THE BACK YARD |
| 20:57:28 | MISC | 403505/408 | W3101 Comment:WEST PD 1 CLOSED |
| 20:57:33 | ONSCN | | W3101 W3105 W3115 |
| 20:58:11 | BACKER | 403328/605 | C350 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP013734 OperNames:CMD PILYIH, MICHAEL |
| 20:58:16 | BACKER | 403125/606 | C3KD1 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PPK90003 PP019196 OperNames:K9: DEX; OFC ROBERTS, BRIAN |
| 20:58:18 | BACKER | 403328/605 | C3C87 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, |

EXHIBIT A

Detailed History for Police Event #P180796245 As of 5/06/2019 14:45:45

Output for: TRN11

Priority:P1 Type:T - TRAFFIC STOP
Location:SPRINGFIELD ST/ALBANY ST, PGH <600/ 299>
Map:2016

| Created:  | 08/21/2018 20:48:51 | 605 | 403328 |
| --- | --- | --- | --- |
| Entered:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Dispatch: | 08/21/2018 20:48:51 | 605 | 403328 |
| Enroute:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Onscene:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Control:  | 08/21/2018 22:12:35 | 601 | 403140 |
| Closed:   | 08/22/2018 00:45:20 | 605 | 403340 |

ICUnit: PrimeUnit:C3252 Dispo:PAST Type:T - TRAFFIC STOP
Agency:PGH DArea:CPD6 Sector:PGH61 Beat:PP622
Case #:PGHP180161793    ☑Detail

| Time | Action | Details |
| --- | --- | --- |
| 20:48:51 | CREATE 403328/605 | Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Type:T DArea:CPD3 RD:PP342 Plate:KRM8187 TypeDesc:TRAFFIC STOP LocDesc: <0/ 0> LocAddInfo:alias ROUTE 51/W WARRINGTON AVE Priority:P1 Response:F:1OFC Agency:PGH Map:1915 LocType:H |
| 20:48:51 | ENTRY | Plate:KRM8187 Comment:POSS HOMICIDE SUS |
| 20:48:51 | DISPOS | C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:48:51 | -PRIU | C3262 |
| 20:48:51 | -PREMIS | Comment:PPR, FPR, EPR |
| 20:49:18 | MISC | C3262 Comment:HEADED TOWARD WEST END ON 51 CROSSING WARRINGTON NOE |
| 20:49:29 | BACKER | C3KE7 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PPK90024 PP037151 OperNames:K9: DODO; OFC COYNE, LUCAS |
| 20:49:29 | BACKER | C3380 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP007468 OperNames:SGT FONG, MAY |
| 20:49:29 | BACKER | C3690 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:49:29 | BACKER | C3321 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:49:39 | MISC | C3262 Comment:CROSSING CRANE |
| 20:49:47 | MISC | C3262 Comment:COMING AROUND THE BEND NOW BEHIND THE VEH |
| 20:50:10 | BACKER | C3390 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP042955 PP042958 OperNames:OFC WEINHEIMER, ERIC; OFC LITTLER, JARED |
| 20:50:15 | PRMPT | C3321 |
| 20:50:18 | BACKUP | C3323 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP041281 OperNames:OFC BLOSE, DYLAN |
| 20:50:26 | ENRTE | C3323 |

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number G 816773-6 | | Complaint/Incident Number 18161793 |
|---|---|---|---|---|
| Defendant Name | First LAFON | | Middle DEVON | Last ELLIS |

On 8/21/18 at approximately 2048 hours Officers Mammarelli, Anderson, Robey, Baker and Det. Mercer were working in the city of Pittsburgh as well as reaching out to the Baldwin area to assist City Detectives with a vehicle of interest. We were working in a plain clothes capacity and operating in an unmarked patrol vehicle. This vehicle of interest was identified as a Black 2011 Kia Sorento ( ██████████████ ) This vehicle was also distinct as it had tinted windows, chrome door handles, roof racks, grille, and two chrome strips on the rear end. The vehicle was also reported to have light damage to the rear passenger side bumper. I was notified by Baldwin PD, Officer Gigliotti, that the vehicle was last observed driving inbound on Rt51 towards the city. Officers Mammarelli, Anderson and I were in a vehicle together and began to travel in that direction an attempt to locate the vehicle.

While traveling outbound on Rt51 near the intersection of Whited, while in the left lane we then passed the Black Kia where our headlights were able to shine into the interior of the vehicle. At that time while I was attempting to verify that the vehicle was the one in question, Officer Mammarelli informed me that he observed the driver to be Lafon Ellis (DOB: 08/24/1994). We know Ellis from previous encounters as well as having a suspended license. We were able to turn our vehicle around and catch up the vehicle near the intersection of Rt51 and Bausman where we observed it merge to the right lane without using a turn signal and then again merge back in to the left lane without using a turn signal. We confirmed the vehicle was the Black Kia ██████████████ and we requested assistance of a marked unit where Sgt. Joyce was able to do so near the intersection of Rt51 and Woodruff. With Sgt. Joyce in place with a marked unit he then conducted a traffic stop using lights and sirens at the intersection of Rt51 and the on ramp to 376 bringing the vehicle to a stop. Upon an attempt to conduct a felony traffic stop, the vehicle then sped off at a high rate of speed on to Woodville where the vehicle almost lost control. A pursuit began where speeds eventually maintained approximately 40mph. We followed the vehicle with lights and sirens as it turned left up Green Tree Rd, left on to Ridgemont, right on to Springfield. While traveling up Springfield we observed the vehicle turn its lights off and then turn left on to Rhode Island St. As the vehicle turned left on to Rhode Island, it struck a fire hydrant running it over.

At that time, Ellis exited from the passenger side of the vehicle wearing a grey hooded sweatshirt and light colored jeans. Ellis began to run towards the dead end of Rhode Island and through several backyards paralleling Springfield St. Officer Coyne and his K9 partner Dodo began to track Ellis threw the backyards and along the high side of the City Vista Apartment Complex. During this track and an attempt to set up a perimeter, Officer Griffin located the grey hoodie that Ellis was wearing as he exited the vehicle. Officer Coyne and Dodo again started a track. While this was taking place, I was notified by Officer Gigliotti (Baldwin PD) that a stolen vehicle report had just come in for the Kia Sorento. Baldwin PD took the stolen vehicle report and verified that it had been recovered during this incident.

Upon securing the Kia Sorento on scene, Sgt. Joyce observed a firearm laying in the driver side floor area near the brake pedal. A small bag of marijuana was also observed in the center console area of the vehicle. Detective Becker from the Mobile Crime Unit arrived on scene taking photographs of the vehicle and recovering the hooded sweatshirt. McGann and Chester arrived on scene and towed the vehicle to the Auto Squad where it was then secured in our locked garage until a search warrant is granted.

Ellis plead guilty to the following making him a person not to possess: G458282-6 Robbery on 12/15/10 and G585845-0 Burglary and Robbery on 9/18/13.

On 8/22/18 at 1600 hours The Honorable Judge McDaniel signed and approved the execution of a search warrant for the Black 2011 Kia Sorento ( ██████████████████████████████ ) At approximately 1735 hours Officers Mammarelli, Anderson, Baker, Det Morton and I, Officer McGee executed the search warrant at City of Pittsburgh Police Auto Squad. Det. Morton photographed and recovered the following from the vehicle:
1 Sig Sauer SP2022 ██████████ w/ magazine and five rounds
2 Knotted baggie containing marijuana
3 Vehicle Registration for Kia
4 Temporary Registration

EXHIBIT A

```
22:41:49  CLEAR                          C3390
22:44:05 *CLEAR   PP041473/019PGH        C3KE9
22:44:26  CLEAR   403340/605             C3621
22:44:56  CLEAR                          C3KD1
22:45:06  CLEAR                          C3KE6
22:55:17  SCDOFF                         C3623
22:55:17  SCDOFF                         C3660
22:55:17  SCDOFF                         C3661
22:55:17  SCDOFF                         C3662
22:55:17  SCDOFF                         C3685
22:55:17  SCDOFF                         C3KD7
22:57:31  CLEAR   403328/604             C3KD7
23:01:23  CLEAR   403340/605             C3685
23:01:28  CLEAR                          C3623 C3660 C3661 C3662
23:03:43 *CLEAR   PP044347/PGH462        C3622
23:22:46  OK      403340/605             C3252 C3290 C350 C3620 C3673
23:43:01  CLEAR                          C350
23:59:45  SCDOFF                         C3620
[08/22/2018]
00:02:09  CLEAR                          C3620
00:02:20  SCDOFF                         C3673
00:45:02  SCDOFF                         C3252
00:45:02  SCDOFF                         C3290
00:45:05  CLEAR                          C3673
00:45:20  CLEAR                          C3252 C3290
00:45:20 -CLEAR
00:45:20  CLOSE
```

EXHIBIT A

```
21:44:12  LOGM                         C3660 Message:0118082201440036726 MessageType:XML
                                       Received:08/21/2018 21:44:06 Comment:LOGM
21:45:04  MISC                         Comment:WEST PD 1 NOW PATCHED WITH PGH OPS
21:48:05  MISC                         Comment:TROOPER 5 ETA 1 HOUR TO 1 HOUR AND 20 MIN. PER UNIT 350
                                       WITH THE CONDITIONS OF THE SEARCH, TROOPER 5 CAN CANCEL
21:48:25  CLEAR    403237/401          W1113 W1115
21:50:06  MISC     403505/103          Comment:PER 3290 POSS PLATE ON THE TOYT CAMERY THAT WOULD PICK THE
                                       SUSPECT UP WOULD BE PA REG KNE8534
21:53:04  CLEAR                        C3C87
21:54:20  MISC                         Comment:K9 OFFICER REPORTING THEY TERMINATED THE TRACK FOR NOW
22:01:53  XREF     403059/406          Service:P Event:#P180796304 Type:AUTRP Agency:BWB
22:06:01  *INV     PP042982/PGH044     C3329 InvType:INVV Priority:1 Plate:KRM8187 Category:V
                                       Comment:FROM MDT RP
22:06:01  *RFT                         C3329 Comment:INQUIRY CADQ,,,,,,,,,,,,,,,KRM8187,,,,,,,,,,
22:06:13  *INV                         C3329 InvType:INVV Priority:1 Plate:KRM8187 Category:V
                                       Comment:FROM MDT RP
22:06:14  *RFT                         C3329 Comment:INQUIRY CADQ,,,,,,,,,,,,,,,KRM8187,,,,,,,,,,
22:08:15  CLEAR    403237/401          W1118
22:12:35  OK       403140/601          C3KD7 C3KE9
22:14:38  MISC     403505/103          C3322 Comment:BEGINNING TO RUN THE K9 IN THE PARK AREA
22:16:08  *CLEAR   PP037151/PGH544     C3KE7
22:20:52  MISC     403752/103          C350 Comment:NEG ON K9 TRACK
22:20:57  *INV     PP042982/PGH044     C3329 InvType:INVV Priority:1 Plate:JSW0901 Category:V
                                       Comment:FROM MDT RP
22:20:57  *RFT                         C3329 Comment:INQUIRY CADQ,,,,,,,,,,,,,,,JSW0901,,,,,,,,,,
22:28:14  INV      403752/103          C350 InvType:INVP Priority:1 Name:ELLIS,LAFON Sex:M DOB:08/24/1994
                                       Age:23 Category:P Comment:FROM CAD
22:28:14  RFT                          C350 Comment:INQUIRY DQ,LAFON,PA,,,,,ELLIS,,1994,08,24,M,
22:29:17  MISCA                        C350 Comment:DETAIL SECURE - SWITCHING BACK TO CHANNELS
22:30:18  CLEAR    403376/408          W3101 W3105 W3115
22:31:20  *CLEAR   PP300604/PGH396     C3627
22:32:55  CHANGE   403752/103          DArea:CPT1-->CPD6
22:35:47  CLEAR    403340/605          C3311
22:35:58  *CLEAR   PP043782/PGH032     C3324
22:36:03  CLEAR    403340/605          C3327
22:36:07  CLEAR                        C3320
22:36:31  CLEAR                        C3690
22:36:44  *CHANGE  PP041281/PGH224     C3323 Dispo:PAST
22:36:47  CLEAR    403340/605          C3380
22:36:48  *CLEAR   PP041281/PGH224     C3323
22:37:01  *CLEAR   PP042982/PGH044     C3329
22:37:14  CLEAR    403340/605          C3322
22:37:22  CLEAR                        C3325
22:37:36  CLEAR                        C3326
22:37:43  *CLEAR   PP040613/PGH603     C3310A
22:38:00  CLEAR    403340/605          C3312
22:39:13  CLEAR                        C3625R
```

# EXHIBIT A

| Time | Action | | Details |
|---|---|---|---|
| 21:23:50 | ONSCN | | C3312 C3320 C3324 C3325 C3326 C3310A |
| 21:23:56 | BACKUP | | C3623 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP034792 OperNames:OFC PISANI, DAVID |
| 21:23:56 | BACKUP | | C3620 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP018270 OperNames:OFC COPELAND, ROOSEVELT |
| 21:23:56 | BACKUP | | C3622 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044347 OperNames:OFC NATH, CHRISTOPHER |
| 21:23:56 | BACKUP | | C3660 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:23:56 | BACKUP | | C3661 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044391 PP045001 OperNames:OFC KANIA, JOSEPH; OFC THOMAS, DAMIAN |
| 21:23:56 | BACKUP | | C3662 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:23:56 | BACKUP | | C3673 UnitID:C3310A Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP034796 OperNames:OFC MARES, MICHAEL |
| 21:24:20 | ONSCN | | C3620 C3622 C3623 C3660 C3661 C3662 C3673 |
| 21:24:31 | BACKUP | | C3322 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP042932 OperNames:OFC HOLZ, MAXFIELD |
| 21:24:31 | BACKUP | | C3311 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP044949 PP043776 OperNames:OFC BEATTY, ZACHARY; OFC DILIMONE, RICHARD |
| 21:24:31 | BACKUP | | C3327 UnitID:W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH Operator:PP043802 OperNames:OFC BLISS, SHAWN |
| 21:24:36 | ENRTE | | C3311 C3322 C3327 |
| 21:24:40 | ONSCN | | C3311 C3322 C3327 |
| 21:24:43 | MISC | 403068/102 | Comment:PSP WATCH DESK WILL HAVE TROOPER 5 CALL US BY PHONE TO SEE ABOUT COMING OUT. |
| 21:25:22 | MISC | 403328/605 | C350 Comment:STAGING AREA PARKWAY CENTER BUILDING 3 |
| 21:26:22 | CHGLOS | | C350 Location:PARKWAY CENTER BLDG 3, GTR Comment:STAGING AREA |
| 21:27:36 | MISC | | C350 Comment:PER C3290 VEH WAS JUST REPORTED STOLEN BY BWB..ENROUTE TO TAKE A REPORT |
| 21:27:58 | BACKOS | | C3290 UnitID:C3690 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 21:28:47 | MISC | | C3262 Comment:BLU TOYOTA CAMRY POSS COMING TO GET THE ACTOR |
| 21:29:01 | XPRMPT | | C3262 |
| 21:29:01 | XDISP | | C3252 |
| 21:29:01 | -PRIU | | C3252 |
| 21:29:49 | CHGLOS | | C350 Location:PARKWAY CENTER BLDG 4, GTR Comment:UPDATED STAGING |
| 21:31:02 | MISC | | C350 Comment:REQ ICS CHANNEL FOR THIS |
| 21:32:18 | MISC | | C350 Comment:REQ OPERATOR ON ICS |
| 21:36:43 | CHANGE | 403505/103 | DArea:CPD6-->CPT1 |
| 21:40:44 | MISC | | Comment:***K9 BEGINNING A TRACK NOW*** |
| 21:41:22 | MISC | | Comment:3224 REQUESTING MORE UNITS TO LINE THE ROADWAY AT MCKINNY -- MULTIPLE UNITS HEADED DOWN THERE -- 3224 TO KEEP COMMAND ADIVSED OF PROGRESS THERE |
| 21:44:01 | MISC | | C3660 Plate:KNE8435 Comment:PA ***TOYT CAM PULLING INTO THE QUEST** |
| 21:44:01 | RFT | | C3660 Comment:INQUIRY CADQ,............,KNE8435,......... |

EXHIBIT A

| | | | |
|---|---|---|---|
| 21:07:17 | MISC | | C3KE7 Comment:CORRECT TOOK OFF GRAY HOODIE...DARK TOP AND JEANS |
| 21:07:55 | BACKUP | 403125/606 | C3KE6 UnitID:C3KD1 Location:626 SPRINGFIELD ST, PGH Operator:PPK90019 PP031024 OperNames:K9: BENY; OFC LERZA, PHILIP |
| 21:07:56 | ONSCN | 403328/605 | C350 |
| 21:07:58 | ENRTE | | C3KE6 |
| 21:08:19 | MISC | | C3262 Comment:CLEARING THE PARKING GARAGE WHERE THE HOODIE WAS FOUND |
| 21:09:20 | CSRESP | | Message:011808220109002558 MessageType:Text Received:08/21/2018 21:09:20 Comment:RequestResponse |
| 21:09:44 | ONSCN | | C3KD1 C3KD7 C3KE6 C3KE9 |
| 21:10:50 | MISC | | C3262 Comment:THE GARAGE IS IN THE REAR OF CITY VISTA |
| 21:12:15 | MISC | | C350 Comment:POSS HEADED TOWARD PARKWAY CENTER..STARTING ANOTHER TRACK AND CHK THE REST OF THE GARAGE |
| 21:12:42 | MISC | | C350 Comment:DRK BLK MALE JEAN DRK SHIRT SMALL AFRO SLENDER BUILD |
| 21:13:37 | INV | 403505/408 | W3101 InvType:INVP Priority:1 OLN:31189694 Category:P Comment:FROM CAD |
| 21:13:37 | RFT | | W3101 Comment:INQUIRY DQ,,PA,,,,,,,,,,,31189694 |
| 21:13:58 | ONSCN | 403328/605 | C3625R |
| 21:14:05 | LOGM | 403505/408 | W3101 Message:011808220114002687 MessageType:XML Received:08/21/2018 21:13:47 Comment:RAN MALE OPEN, RETURNED RESULTS |
| 21:14:11 | CHGLOS | 403328/605 | C3625R Location:CITY VISTA COMMUNITY BLDG, GTR Comment:NEED UNIT FOR CROWD CONTROL |
| 21:15:11 | MISC | | C350 Comment:8/24/1994 DOB FOR ACTOR |
| 21:16:19 | MISCA | | C350 Comment:GUN IN THE CAR |
| 21:17:04 | MISC | | C3262 Comment:NEED UNITS ON MCKINNEY |
| 21:17:24 | ONSCN | | C3627 C3685 |
| 21:17:36 | BACKUP | | C3621 UnitID:C3627 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043794 OperNames:OFC VOJTASH, JAMES |
| 21:19:42 | ONSCN | | C3621 |
| 21:21:16 | MISC | | C3262 Comment:CHK THE VEH IN CASE SOMEONE IS COMING TO GET HIM |
| 21:22:22 | MISC | | C3262 Comment:REQUESTING A CHOPPER |
| 21:22:31 | MISC | | C3262 Comment:PARKWAY CENTER FOR LANDING ZONE |
| 21:22:54 | ONSCN | | W1113 W1115 W1118 |
| 21:23:14 | MISC | | C3627 Comment:NEEDS A FOB NOT A CODE TO GET IN |
| 21:23:22 | BACKUP | | C3320 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043313 OperNames:OFC WEAVER, AUSTIN |
| 21:23:22 | BACKUP | | C3312 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP044005 PP301544 OperNames:OFC GRIFFIN, RYAN; OFC HAWTHORNE, EDWARD |
| 21:23:22 | BACKUP | | C3310A UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP040613 OperNames:OFC SHAMPLE, ZACHARY |
| 21:23:22 | BACKUP | | C3324 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP043782 OperNames:OFC GOBRECHT, LUCAS |
| 21:23:22 | BACKUP | | C3325 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP039189 OperNames:OFC RUSH, MARK |
| 21:23:22 | BACKUP | | C3326 UnitID:W1118 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP042926 OperNames:OFC HINES, KALIEB |

EXHIBIT A

```
                                          PGH Operator:PP017583 OperNames:SGT DONNELLY, TERRANCE
20:58:29  ONSCN                           C3KE7
20:58:33  MISC     403505/408             W3101 Comment:GREENTREE ADVISED TO GO TO HESTOR
20:58:53  CHGLOC   403125/606             C3KD1 Location:626 SPRINGFIELD ST, PGH
20:59:02  CHGLOS   403328/605             C3C87 Location:SPRINGFIELD ST/CREST WAY, PGH
20:59:04  CHGLOS   403505/408             W3105 W3115 Location:SPRINGFIELD ST/HAMBURG ST, PGH
20:59:19  BACKUP   403328/605             C3625R UnitID:C3627 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH
20:59:31  BACKUP                          C3685 UnitID:C3390 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:PP028932 OperNames:SGT ZETT, RICHARD
21:00:06  ENRTE                           C3685 C3625R
21:00:07  BACKER   403505/408             W1113 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:CF038083 OperNames:SGT SCATENA, FRANK A JR
21:00:07  BACKER                          W1115 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:CF035667 OperNames:OFC MOLLO, NICHOLAS
21:00:07  BACKER                          W1118 UnitID:W3101 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:CF040287 OperNames:OFC WITHERS, JOSHUA
21:00:51  MISC     403328/605             C3390 Comment:RHODE ISLAN/SPRINGFIELD
21:01:17  CSREQ    403125/606             Message:011808220101002293 MessageType:Text Received:08/21/2018
                                          21:01:17 Comment:RequestMessage
21:01:23  MISC     403328/605             C3262 Comment:KEEP THE AIR CLEAR! STARTING A TRACK WITH THE K9
21:02:00  MISC     403505/408             W3101 Comment:PER W3101 UNABLE TO CONFIRM IF THE MALE HAD THE GUN,
                                          CHASING OFFICER BELIEVES HE HAS A GUN. UNABLE TO CONFIRM
21:02:25  CSRESP   403113/604             Message:011808220102002317 MessageType:Text Received:08/21/2018
                                          21:02:25 Comment:RequestResponse
21:02:43  MISC     403328/605             C3262 Comment:MALE WAS SEEN GRIPPING HIS WAIST BAND/HE IS CODE 5
                                          FOR HOMICIDE
21:03:16  MISC                            C3KE7 Comment:GOOD TRACK BEHIND THE CITY APTS
21:03:20  CSREQ    403505/408             Message:011808220103002329 MessageType:Text Received:08/21/2018
                                          21:03:20 Comment:RequestMessage
21:03:28  MISC     403328/605             C3KE7 Comment:RUNNING PARELLEL WITH CREST IN THE WOODS
21:05:19  BACKER   403113/604             C3KD7 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:PPK90027 PP040608 OperNames:K9: BANE; OFC RUMMEL,
                                          DUSTIN
21:05:25  CHANGE   403328/605             C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH--
                                          >SPRINGFIELD ST/ALBANY ST, PGH DArea:CPD3-->CPD6 RD:PP342-->PP622
                                          Map:1915-->2016 LocDesc: <0/ 0>--> <600/ 299> Comment:STILL
                                          TRACKING IN THE WOODS
21:05:30  -NPREMS                         Comment:(NONE)
21:05:54  BACKUP   403113/604             C3909 UnitID:C3KD7 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH
21:06:05  MISCA    403123/101             C3KE7 Comment:CHANELS ARE PATCHED - PGH PD CH2 RUNNING POINT - DC
                                          IS NOTIFIED
21:06:06  MISC     403328/605             C3KE7 Comment:TRACKING TOWARD PARKWAY CENTER STILL A GOOD TRACK
21:06:09  PRMPT    403113/604             C3909
21:06:12  BACKUP                          C3KE9 UnitID:C3KD7 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                          PGH Operator:PPK90025 PP041473 OperNames:K9: MATSO; OFC FOLEY,
                                          KEVIN
21:06:18  ENRTE    403328/605             C3KE9
```

# EXHIBIT A

```
20:50:32  BACKUP                   C3329 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:PP042982 OperNames:OFC DUVA RICHARD
20:50:41  MISC                     C3323 Comment:AT WOODRUFF NOW TO LIGHT THEM UP
20:50:46  ENRTE                    C3329
20:51:12  MISC                     C3262 Comment:STILL OUTBOUND NEAR STEAMFITTER NO PURSUING JUST
                                   FOLLOWING RIGHT NOW
20:51:17  CASE                     C3262 Case#:PGHP180161793
20:51:41  ONSCN                    C3323 C3380 C3390
20:51:44  ONSCN                    C3329
20:51:47  ONSCN                    C3690
20:52:13  MISC                     C3262 Comment:RT ON WOODVILLE OB LAFON ELLIS IS THE DRIVER
20:52:44  MISC                     C3262 Comment:LEFT UP THE HILL TOWARD GTR
20:52:50  MISC                     C3262 Comment:40MPH PAST KERNS
20:53:18  MISC                     C3262 Comment:OB UP GRELFT ON RIDGEMONT DFRTENTREE ROD
20:53:22  BACKUP  403059/406       W3100 Operator:GT000000 OperNames:GREEN TREE POLICE DESK
20:53:24  MISC    403328/605       C3262 Comment:LIGHT SPEED LIGHT TRAFFIC
20:53:43  MISC                     C3262 Comment:RIDGEMONT 40MPH RIGHT AT THE END OF ONTO SRINGFIELD
20:53:58  MISC                     C3262 Comment:LIGHT TRAF NY ALBANY TOP OF THE HILL NOW
20:54:11  BACKER  403505/408       W3101 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:GT024082 OperNames:LTN RANNIGAN, CHAD
20:54:11  BACKER                   W3105 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH
20:54:11  BACKER                   W3115 UnitID:W3100 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:GT020844 OperNames:OFC KELLY, MICHAEL
20:54:14  MISC    403328/605       C3262 Comment:LFT ON RHODE ISLAND HE BAIL VEH WRECKED
20:55:02  MISC                     C3262 Comment:CRESTWAY ST IS THE LAST LOCATION...
20:55:08  BACKER  403113/604       C3627 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:PP300604 OperNames:OFC FROST, CRISTIAN
20:55:14  MISC    403328/605       C3262 Comment:BELOW CRESTWAY START A PERIMETER
20:55:36  MISC                     C3262 Comment:BM RED HOODIE LAFON ELLIS
20:55:44  PRMPT   403505/408       W3100
20:56:28  CSREQ   403328/605       C3262 Message:011808220056002135 MessageType:Text
                                   Received:08/21/2018 20:56:28 Comment:RequestMessage
20:56:38  CSRESP  403505/408       Message:011808220056002142 MessageType:Text Received:08/21/2018
                                   20:56:38 Comment:RequestResponse
20:56:39  MISCA   403328/605       C3262 Comment:HOLD SPRINGFIELD AND HAMBURG
20:56:56  CSRESP  403505/408       Message:011808220056002144 MessageType:Text Received:08/21/2018
                                   20:56:56 Comment:RequestResponse
20:57:10  CHGLOS  403328/605       C3329 Location:626 SPRINGFIELD ST, PGH Comment:RESD STATED MALE
                                   RAN INTO THE BACK YARD
20:57:28  MISC    403505/408       W3101 Comment:WEST PD 1 CLOSED
20:57:33  ONSCN                    W3101 W3105 W3115
20:58:11  BACKER  403328/605       C350 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:PP013734 OperNames:CMD PILYIH, MICHAEL
20:58:16  BACKER  403125/606       C3KD1 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
                                   PGH Operator:PPK90003 PP019196 OperNames:K9: DEX; OFC ROBERTS,
                                   BRIAN
20:58:18  BACKER  403328/605       C3C87 UnitID:C3380 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE,
```

# EXHIBIT A

# Detailed History for Police Event #P180796245 As of 5/06/2019 14:45:45

Output for: TRN11

Priority:P1 Type:T - TRAFFIC STOP
Location:SPRINGFIELD ST/ALBANY ST, PGH <600/ 299>
Map:2016

| Created:  | 08/21/2018 20:48:51 | 605 | 403328 |
| --- | --- | --- | --- |
| Entered:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Dispatch: | 08/21/2018 20:48:51 | 605 | 403328 |
| Enroute:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Onscene:  | 08/21/2018 20:48:51 | 605 | 403328 |
| Control:  | 08/21/2018 22:12:35 | 601 | 403140 |
| Closed:   | 08/22/2018 00:45:20 | 605 | 403340 |

ICUnit:  PrimeUnit:C3252 Dispo:PAST Type:T - TRAFFIC STOP
Agency:PGH DArea:CPD6 Sector:PGH61 Beat:PP622
Case #:PGHP180161793   ☑ Detail

---

| Time | Action | Unit | Details |
| --- | --- | --- | --- |
| 20:48:51 | CREATE | 403328/605 | Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Type:T DArea:CPD3 RD:PP342 Plate:KRM8187 TypeDesc:TRAFFIC STOP LocDesc: <0/ 0> LocAddInfo:alias ROUTE 51/W WARRINGTON AVE Priority:P1 Response:F:1OFC Agency:PGH Map:1915 LocType:H |
| 20:48:51 | ENTRY | | Plate:KRM8187 Comment:POSS HOMICIDE SUS |
| 20:48:51 | DISPOS | | C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:48:51 | -PRIU | | C3262 |
| 20:48:51 | -PREMIS | | Comment:PPR, FPR, EPR |
| 20:49:18 | MISC | | C3262 Comment:HEADED TOWARD WEST END ON 51 CROSSING WARRINGTON NOE |
| 20:49:29 | BACKER | | C3KE7 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PPK90024 PP037151 OperNames:K9: DODO; OFC COYNE, LUCAS |
| 20:49:29 | BACKER | | C3380 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP007468 OperNames:SGT FONG, MAY |
| 20:49:29 | BACKER | | C3690 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:49:29 | BACKER | | C3321 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH |
| 20:49:39 | MISC | | C3262 Comment:CROSSING CRANE |
| 20:49:47 | MISC | | C3262 Comment:COMING AROUND THE BEND NOW BEHIND THE VEH |
| 20:50:10 | BACKER | | C3390 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP042955 PP042958 OperNames:OFC WEINHEIMER, ERIC; OFC LITTLER, JARED |
| 20:50:15 | PRMPT | | C3321 |
| 20:50:18 | BACKUP | | C3323 UnitID:C3262 Location:W SAW MILL RUN BLVD/W WARRINGTON AVE, PGH Operator:PP041281 OperNames:OFC BLOSE, DYLAN |
| 20:50:26 | ENRTE | | C3323 |

# EXHIBIT A