IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-369 |
| ) | |
| LAFON ELLIS ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2020, upon consideration of the forgoing Motion to Compel Software Verification Materials it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the Government produce the following materials to the Defendant:

A. Software development and operating materials, including but not limited to:
  a. Requirements specifications
  b. Design descriptions
  c. Source code, including dependency and build instructions and scripts
  d. The server-side database and executable computing components
  e. All version control system history (e.g. git or SVN)
  f. Formal software testing plans, records, or reports have been provided.
  g. Issue and bug tracking, including issue reports and change requests
  h. Internal and external communications regarding development plans, processes, or requests
  i. Change logs
  j. All Operating manuals, plans, and procedures, only some were provided were provided.
  k. Proficiency tests, including responses, used by personnel involved in validation processes or the instant case
  l. Verification and validation plans and reports
  m. Qualification and user testing plans and reports, the only validation studies provided were written as articles or reports by Cybergenetics or client labs.
  n. Internal software development, quality assurance, and quality control processes, plans, and reports
B. Records and electronic data used or generated by TrueAllele during validation study efforts, and any extant summaries thereof, have only been partially provided. One set of electronic data files has been provided, though records and electronic data files underlying dozens of studies/reports have not been provided.

C. Products of validation study efforts, including proposals, notes, memos, reports, graphics, tables, summaries, conclusions, and any resulting publications, presentations, and reports have been partially provided, mostly by way of complied reports and articles.
D. Biological testing case file
E. Chain of custody and current disposition of evidence
F. Data files created in the course of performing DNA testing and analyzing data
G. Unexpected results and corrective actions reports
H. Job descriptions of Cybergenetics personnel and proficiency test results
I. Verification results
J. Summary of bases relied upon by TrueAllele
K. Written reports relied upon by TrueAllele and person operating TrueAllele
L. Features and limitations of probabilistic genotyping program (TrueAllele) and the impact that those items will have on the validation process
M. All validation studies documented by the lab in accordance with the FBI Quality Assurance Standards for Forensic DNA Testing Laboratories.

Proof of appropriate security protection to ensure only authorized users can access the software and data. List of names who accessed the data

 

Donetta W. Ambrose
United States Senior District Judge