IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES )
) No. 19-369
v.

LAFON ELLIS

## ORDER

After consideration of Defendant's Motion for Notice of Intent to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) and 609 [72] and Motion to Preserve Law Enforcement's Rough Notes [73], it is HEREBY ORDERED that the Motions are granted in part and denied in part as follows: The Government is ordered to provide notice of its intent to introduce evidence pursuant to 404(b) and 609 no later than fourteen (14) days before trial. It is FURTHER ORDERED that all government agents, and state and local law enforcement officers who participated in the investigation of this case shall retain and preserve all rough notes and writings that are arguably producible or that may be used by the defense for impeachment purposes, to the extent such notes still exist, and that the Government instruct all such law enforcement officers to so preserve such notes and writings.

BY THE COURT:

*/s/ Donetta W. Ambrose*

_____

Donetta W. Ambrose
Senior Judge, U.S. District Court

Dated: August 11, 2020