IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-369 |
| | ) | |
| LAFON ELLIS | ) | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL

The Defendant, Lafon Ellis, by and through his counsel, Assistant Federal Public Defender, Khasha Attaran, hereby files the following response to the government's Motion for Extension of Time to File Response to the Defendant's Motion to Compel.

1.   On July 30, 2020, the Defendant filed a Motion to Compel Software Verification Materials. *See* Doc. No. 83.

2.   On August 13, 2020, the government filed a Motion for Extension of Time to File Response/Reply to the Motion to Compel. *See* Doc. No. 87.

3.   The defense understands the complexities of the legal issues presented in their Motion to Compel Software Verification Materials, and although unable to support the government's 60-day extension request, the defense was not planning on opposing it.

Respectfully submitted,

/s/ Khasha Attaran
Khasha Attaran
Assistant Federal Public Defender