IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | ) 19-369 |
| v. | ) |
| LAFON ELLIS | |

**ORDER**

In this matter, the parties and a non-party are engaged in dispute regarding the issuance of several sealed, ex parte subpoenae. Defendant requested and the Court approved four such subpoenae [Docket Nos. 29 through 36]. On July 1, 2020, he filed an additional sealed, ex parte request at Docket Number 63, which remains pending.  By Order dated July 10, 2020 ("July 10 Order"), in the absence of pertinent agreement by the parties, the Court directed Defendant to either submit a sealed brief in support of maintaining the seal on his Motions, including the Motion pending at Docket No. 63, or consent to lifting the sealed, ex parte designations, by July 31, 2020.  Defendant then moved to unseal Docket Nos. 29-36, while summarily requesting that Docket No. 63 remain sealed.  The Court granted the Motion by Order dated July 17, 2020. That Order specified, however, that the Court's July 10 Order remained in effect for all documents still under seal.  Defendant did not submit any brief in support of maintaining the sealed, ex parte designation on Docket No. 63.

In the event that the docket caused confusion, Defendant will be afforded an opportunity to attempt to demonstrate good cause for maintaining the sealed, ex parte designation on Docket No. 63.  He may file a sealed brief to that effect by September 2, 2020.

1

AND NOW, this 21st day of August, 2020, IT IS SO ORDERED.

                BY THE COURT:

                *Donetta F. Ambrose*

                _____

                Donetta W. Ambrose
                Senior Judge, U.S. District Court