# Computer Interpretation of Quantitative DNA Evidence

**Commonwealth of Pennsylvania v. Lafon Ellis**
**December, 2019**
**Pittsburgh, PA**

**Jennifer M. Bracamontes, MS**
**Cybergenetics, Pittsburgh, PA**

 Cybergenetics

Cybergenetics © 2003-2019

# DNA biology



# Short tandem repeat

DNA locus paragraph



Take me out to the ball game
take me out with the crowd
buy me some peanuts and Cracker Jack
I don't care if I never get back
let me
root root root root root root root root root root
for the home team,
if they don't win, it's a shame  for it's one, two,
three strikes, you're out
at the old ball game

23 volumes in
cell's
DNA encyclopedia

"root" repeated 10 times, so
allele length is 10 repeats

# DNA genotype



mother allele

ACGT   repeated word

father allele

A genetic locus has two DNA sentences, one from each parent.

An allele is the number of repeated words.

A genotype at a locus is a pair of alleles.

10, 12

Many alleles allow for many many allele pairs. A person's genotype is relatively unique.

# DNA evidence interpretation

Evidence item  → **Lab** →  Evidence data  → **Infer** →  Evidence genotype

**10, 12**

DNA from one person

10   11   12



**Compare**

Known genotype

10, 12

# DNA mixture interpretation



# Computers can use all the data

## Quantitative peak heights at locus vWA



# How the computer thinks

Consider <u>every possible</u> genotype solution



# How the computer thinks

Consider <u>every possible</u> genotype solution



# How the computer thinks

Consider <u>every possible</u> genotype solution



# How the computer thinks

## Consider under{every possible} genotype solution



# How the computer thinks

## Consider every possible genotype solution



# Evidence genotype

**Objective** genotype determined solely from the DNA data.
Never sees a comparison reference.



# DNA match information

### How much more does someone match the evidence than a random person?



# DNA match information

### How much more does the suspect match the evidence than a random person?



# Match information at 23 loci



# Is the suspect in the evidence?

A match between the **pistol**
and **Lafon Ellis** is:

21.4 trillion times more probable than
a coincidental match to an unrelated African-American person

9.42 quadrillion times more probable than
a coincidental match to an unrelated Caucasian person

19.2 quadrillion times more probable than
a coincidental match to an unrelated Hispanic person

# Match statistics

4

| Item | Description | Lafon Ellis |
|------|-------------|-------------|
| 2A | pistol | 21.4 trillion |

# Match statistics

4

| Item | Description | Lafon Ellis |
|------|-------------|-------------|
| 2A   | pistol      | 13.33       |