

160 North Craig Street, Suite 210
Pittsburgh, PA 15213
Tel: (412) 683-3004
Fax: (412) 683-3005

October 23, 2020

TO:  ASSISTANT UNITED STATES ATTORNEY BRENDAN T. CONWAY
UNITED STATES ATTORNEY'S OFFICE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH, PA  15219

**SUPPLEMENTAL REPORT**
Cybergenetics: ACDA75
Lab: 18LAB06905
Agency: 18161793

Suspect:  ELLIS, Lafon

Evidence Items:

  Item 2A    Swabbing of pistol
  Item 4     Reference of Lafon Ellis

METHODS:

- The DNA PowerPlex® Fusion 6C data profiles referenced in this report were previously developed and addressed in a Report of Laboratory Findings issued by the Allegheny County Office of the Medical Examiner.
- This report supplements a TrueAllele® Report issued by Cybergenetics on December 5, 2019.
- Each evidence item was analyzed using open source semi-continuous software LRmix (version 4.1), Lab Retriever (version 2.2.1), and likeLTD (version 5.5).
- Each evidence item was analyzed using open source continuous software likeLTD (version 6.3) and EuroForMix (version 3.1.0).
- The National Institute of Standards and Technology generated the population allele frequencies.
- The DNA match statistics herein were calculated at a theta value (co-ancestry coefficient) of 1%.
- All evidence genotypes were compared with all reference genotypes to compute likelihood ratio (LR) DNA match statistics.

Cybergenetics: ACDA75
Lab: 18LAB06905; Agency: 18161793
October 23, 2020

SETTINGS:

*Item 2A, pistol*

Software Input Settings

The following table describes the input settings for each software program. The data were analyzed assuming four contributors. When the software was limited to under four contributors, drop-in was considered.

Unknown contributor is abbreviated as 'unk' in the table below.

| Input settings | LRmix | Lab Retriever | likeLTD, v 5.5 | likeLTD, v 6.3 | EuroForMix |
|---|---|---|---|---|---|
| Data threshold | 50 rfu | 50 rfu | 50 rfu | 20 rfu | 50 rfu |
| Stutter modeled | No | No | No | Yes | Yes |
| Total loci used | 22 | 21 | 16 | 16 | 21 |
| Loci omitted | SE33 | Penta D, Penta E | CSF1PO, D5S818, D7S820, D13S317, Penta D, Penta E, TPOX | D2S1338, D12S391, D18S51, D22S1045, Penta D, Penta E, SE33 | Penta D, Penta E |
| Pr(Dropin) | 0.05 | 0.01 | TRUE | TRUE | 0.05 |
| Pr(Dropout) | 0.1 | 0 | | | |
| Degradation | | | | | Yes |
| $H_p$ | suspect+3unk | suspect+3unk | suspect+2unk+dropin | suspect+2unk+dropin | suspect+3unk |
| $H_d$ | 4unk | 4unk | 3unk+dropin | 3unk+dropin | 4unk |

Cybergenetics: ACDA75
Lab: 18LAB06905; Agency: 18161793
October 23, 2020

RESULTS:

*Item 2A, pistol*

DNA Match Tables

1. Likelihood ratio*

| Item | Reference | LRmix | Lab Retriever | likeLTD, v 5.5 | likeLTD, v 6.3 | EuroForMix |
|---|---|---|---|---|---|---|
| 2A | 4 | 1.44 thousand | 110 thousand | 36.7 thousand | 721 million | 2.02 quadrillion |

2. $\log_{10}(LR)$, or the powers of ten in the LR number

| Item | Reference | LRmix | Lab Retriever | likeLTD, v 5.5 | likeLTD, v 6.3 | EuroForMix |
|---|---|---|---|---|---|---|
| 2A | 4 | 3.16 | 5.04 | 4.57 | 8.86 | 15.31 |

*The LR shown is calculated using the African-American ethnic population.

Cybergenetics: ACDA75
Lab: 18LAB06905; Agency: 18161793
October 23, 2020

**Appendix**

The data were analyzed with open source software programs. Both *semi-continuous* (software that does not use peak heights) and *continuous* (software that uses peak heights) were used. The installers, manuals, and source code are available as described below.

*Semi-continuous methods*

LRmix

1. Haned H. Forensim: an open source initiative for the evaluation of statistical methods in forensic genetics. *Forensic Sci. Int. Genet.* 2010;5(4):265–268.
2. LRmix web document: https://forensim.r-forge.r-project.org/misc/LRmix.pdf
3. Forensim website: http://forensim.r-forge.r-project.org/

Lab Retriever

1. Inman K, Rudin N, Cheng K, Robinson C, Kirschner A, Inman-Semerau, L, Lohmueller KE. Lab Retriever: a software tool for calculating likelihood ratios incorporating a probability of drop-out for forensic DNA profiles. *BMC Bioinformatics*. 2015;16:298.
2. Lab Retriever website: https://scieg.org/lab-retriever/

likeLTD, version 5.5

1. Balding DJ. Evaluation of mixed-source, low-template DNA profiles in forensic science. *Proc Natl Acad Sci USA*. 2013;110(30):12241-46.
2. likeLTD website: https://blogs.unimelb.edu.au/statisticalgenomics/publications-software/likeltd-software/

*Continuous methods*

likeLTD, version 6.3

1. Steele C, Greenhalgh M, DJB. Evaluation of low-template DNA profiles using peak heights. *Statist Appl Genet Molec Biol*. 2016;15(5):431-45.
2. likeLTD website: https://blogs.unimelb.edu.au/statisticalgenomics/publications-software/likeltd-software/

EuroForMix

1. Cowell RG, Graversen T, Lauritzen SL, Mortera J. Analysis of forensic DNA mixtures with artefacts. *Appl. Statist.*, 2015;64(1):1-32.
2. Bleka Ø, Storvik G, Gill P. EuroForMix: An open source software based on a continuous model to evaluate STR DNA profiles from a mixture of contributors with artefacts. *Forensic Sci. Int. Genet*. 2016;21:35-44.
3. Bleka Ø, Benschop CC, Storvik G, Gill P. A comparative study of qualitative and quantitative models used to interpret complex STR DNA profiles. *Forensic Sci Int Genet*. 2016;25:85-96.
4. Bleka Ø, Eduardoff M, Santos C, Phillips C, Parson W, Gill P. Open source software EuroForMix can be used to analyse complex SNP mixtures. *Forensic Sci Int Genet*. 2017;31:105-110.
5. EuroForMix website: http://www.euroformix.com/

Cybergenetics: ACDA75
Lab: 18LAB06905; Agency: 18161793

_____ Date: October 21, 2020
Jennifer M. Bracamontes, MS
TrueAllele Analyst


_____ Date: October 21, 2020
William P. Allan, MS
TrueAllele Analyst


_____ Date: October 23, 2020
Mark W. Perlin, PhD, MD, PhD
Chief Scientific Officer