IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1-369 |
| ) | |
| LAFON ELLIS ) | |

PROTECTIVE ORDER

AND NOW on this ____ day of _____, 2021 it is hereby ORDERED:

Cybergenetics shall, for sixty days from the date of this Order, make their source code for the TrueAllele software available on an iPad to counsel for the defendant, and any experts the defense may retain to review the source code. Persons authorized to view the documents provided under this order may view the materials only at the office of the United States Attorney's Office located at 700 Grant Street, Pittsburgh, PA 15219. Counsel shall arrange dates and times for access to review the source code. At no time shall the source code be removed from the iPad or the United States Attorney's Office. Counsel for the defendant and any experts retained by the defense shall be allowed to take notes, but absolutely no videos, recordings or any other format of copying shall be made of the source code. Photographs will be allowed only upon the request of the defendant and written authorization of Cybergenetics. If any parties deem it necessary, they may petition the Court for modifications of this Protective Order.

_____
Donetta W. Ambrose
United States District Court Judge