IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 19-369 |
| ) | |
| LAFON ELLIS ) | |

**Protective Order**

AND NOW on this ____ day of _____, 2021 it is hereby ORDERED:

Cybergenetics shall, for sixty days from the date of this Order, make their source code for the TrueAllele software so that it can be used on a personal computer, with a full keyboard and mouse.

IT IS FURTHER ORDERED that the code needs to be "buildable" into a working executable from the MATLAB IDE with all necessary libraries and working build instructions provided. In addition, the Defense experts shall have the ability to install code analysis tools necessary to evaluate the code.

IT IS FURTHER ORDERED that the production shall be made to the Court, who will disseminate it to the Defense and authorized experts who shall be bound by the terms of this Order.

IT IS FURTHER ORDERED that the source code shall only be accessed by individuals authorized under this Order. The individuals authorized under this Order shall not transfer or transmit any copies of the source code to unauthorized individuals.

IT IS FURTHER ORDERED that once this case has resolved, the original copy of the source code provided to the Defense or its experts shall be returned to the Court and any additional copies made by authorized individuals shall also be returned, deleted, or destroyed.

IT IS FURTHER ORDERED that any person who willfully violates the terms of this Order is subject to civil and criminal sanctions, in addition to any other remedy or proceeding allowed by law.

If any parties deem it necessary, they may petition the Court for modifications of this Protective Order.

_____
Donetta W. Ambrose
United States Senior District Judge