IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-369 |
| LAFON ELLIS | |

**JOINT NOTICE REGARDING SPECIAL MASTER**

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said District, and on behalf of the parties respectfully submits the parties' Joint Notice Regarding Special Master. Pursuant to the Court's Order of September 23, 2021, the parties report as follows:

1. The parties have been unable to reach an agreement on a candidate to serve as a Special Master.

2. The government suggests the appointment of Mark Krofchik, the Chief Executive Officer at Markrof Systems, LLC. Materials related to Mr. Krofchik, including his curriculum vitae, are attached hereto collectively as Exhibit A. Mr. Krofchik's hourly rate is $150. Mr. Krofchik has no connection to Mark Perlin or Cybergenetics.

3. The defense suggests the appointment of Daniel B. Garrie, Esq., the co-founder of Law & Forensics LLC. Materials related to Mr. Garrie, including his curriculum vitae, are attached hereto collectively as Exhibit B. Mr. Garrie's hourly rate is $500, but he does not charge for travel time or costs. Mr. Garrie has no connection to anyone on the defense team, Mark Perlin or Cybergenetics.

4. Attached as Exhibit C is the government's statement in support of Mr. Krofchik and in opposition to Mr. Garrie and attached as Exhibit D is the defendant's statement in support of Mr. Garrie and in opposition to Mr. Krofchik.

    Respectfully submitted,

    STEPHEN R. KAUFMAN
    Acting United States Attorney

    /s/Brendan T. Conway
    BRENDAN T. CONWAY
    Assistant U.S. Attorney
    PA ID No. 78726